# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0380
_____

DAVID TERRENCE STEPHENS,

Petitioner,

v.

DEPARTMENT OF CORRECTIONS,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

November 29, 2023

PER CURIAM.

The Court dismisses the petition for writ of mandamus as moot. *See Farrior v. State*, 343 So. 3d 159, 160 (Fla. 1st DCA 2022) (dismissing the petition for writ of mandamus as moot where the trial court had given the petitioner a ruling on the pending pleading below).

ROBERTS, KELSEY, and TANENBAUM, JJ., concur.

*_____*

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

*_____*

David Terrance Stephens, pro se, Petitioner.

Charles T. Martin, Jr., Assistant General Counsel, Department of Corrections, Tallahassee, for Respondent.